```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
```

JOHN WAYNE SORRELL,

      Plaintiff,

v.                            Civil Action No. 2:17-cv-03689

NANCY A. BERRYHILL, Acting
Commissioner of the Social
Security Administration,

      Defendant.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Omar J. Aboulhosn, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on December 5, 2017. The magistrate judge recommends that the court "deny the Claimant's request for judgment on the pleadings, grant the Defendant's request to affirm the decision below, affirm the final decision of the commissioner, and dismiss this matter from the [c]ourt's docket." (ECF #15 at 18 (emphases and citations omitted).) The plaintiff, represented by counsel, has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendations be, and hereby is, adopted by the court;
2. The plaintiff's request for judgment on the pleadings be, and hereby is, denied;
3. The defendant's request to affirm the decision below be, and hereby is, granted;
4. The Commissioner's decision be, and hereby is, affirmed; and
5. The plaintiff's action be, and hereby is, dismissed, with prejudice and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

ENTER: January 12, 2018

John T. Copenhaver, Jr.
United States District Judge